**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

JAMES P. TENNILLE; ROBERT P. SMET; ADELAIDA DELEON; YAMILET RODRIGUEZ, individually and on behalf of all others similarly situated,

Plaintiffs - Appellees,

v.

THE WESTERN UNION COMPANY; WESTERN UNION FINANCIAL SERVICES, INC.,

Defendants - Appellees.

---

N. A. BACHARACH, JR.,

Objector - Appellant.

No. 14-1424
(D.C. No. 1:09-CV-00938-JLK-KMT)

---

**STIPULATION TO DISMISS**

---

Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of Appellate Procedure 42(b), and the agreement of the parties, the undersigned hereby stipulate that the above appeal be dismissed with prejudice. Each party shall bear their own costs on appeal.

Respectfully submitted this 25th day of February, 2015.

**/s/ Paul S. Rothstein__________**
PAUL S. ROTHSTEIN, Esq.
Attorney for Objector – Appellant
N. Albert Bacharach, Jr.
626 N.E. 1st Street
Gainesville, Fl 32601
Fla. Bar. No. 310123
Phone: (352)376-7650
Fax: (352)374-7133
E-Mail: psr@rothsteinforjustice.com

s/Richard J. Burke____________________
RICHARD J. BURKE, Esq.
Attorney for Plaintiffs – Appellees
James P. Tennille, Robert P. Smet, et al.

Street Address:
Telephone Number:
Email Address:

**CERTIFICATE OF DIGITAL SUBMISSION**

In accordance with the court's CM/ECF User's Manual, I hereby certify that all required privacy redactions have been made. In addition, I certify that the hard copies of this pleading that may be required to be submitted to the court are exact copies of the ECF filing, and the ECF submission has been scanned for viruses with the most recent version of a commercial virus scanning program (Microsoft Security Essentials) and, according to the program, is free of viruses. Completed on February 25, 2015.

**/s/ Paul S. Rothstein_________**

Paul S. Rothstein
Attorney for Objector – Appellant
N. Albert Bacharach, Jr.
626 N.E. 1st Street
Gainesville, Fl 32601
Fla. Bar. No. 310123
Phone: (352)376-7650
Fax: (352)374-7133
E-Mail: psr@rothsteinforjustice.com